**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jack Darrell CUNNINGHAM,
Defendant–Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Jack Darrell Cunningham,
Defendant–Appellant.**

**Nos. 01–7280, 01–7282.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Oct. 23, 2001.

Jack Darrell Cunningham, pro se.

Lynne Ann Battaglia, James G. Warwick, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Jack Darrell Cunningham seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) (No. 01–7280) and his motion for reconsideration under Fed. R.Civ.P. 60(b) (No. 01–7282). We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny

certificates of appealability and dismiss both appeals on the reasoning of the district court. *See United States v. Cunningham,* Nos. CR–178–S; CA–01–1988–S (D. Md. July 9 and July 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*